

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00247-CV

IN THE MATTER OF A.M.

§ On Appeal from the 323rd District Court

§ of Tarrant County (323-119619-22)

§ February 6, 2025

§ Memorandum Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. We order that the judgment of the trial court is affirmed. But the court finds that the $247 in clerk's-record and certification-and-seal fees in the four bills of costs were charged in error; therefore, we order those fees to be deleted from the four bills of costs.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
 Justice Dabney Bassel